IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


OLA B. HARE                                                                                          PLAINTIFF


V.                                      CASE NO.  4:09CV00883 JMM


HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND
COUNSELING SERVICES OF EASTERN
ARKANSAS                                                                                           DEFENDANT


**ORDER**

Based upon the Court's ERISA scheduling order of December 16, 2009, the Clerk of the Court is directed to withdraw defendant Hartford Life & Accident Insurance Company's Motion for Judgment (#16).  Defendant Hartford Life & Accident Insurance Company's Response to Ola Hare's ERISA Brief remains pending (#16).  The Clerk is directed to modify the text to indicate that Docket Entry (#17) is defendant Hartford Life & Accident Insurance Company's ERISA brief that is required by the Court's ERISA scheduling order.

IT IS SO ORDERED THIS   7   day of   May , 2010.


_____
James M. Moody
United States District Judge