IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OLA B. HARE                                                                                          PLAINTIFF

v.                                   Case No. 4:09-cv-883-DPM

HARTFORD LIFE & ACCIDENT
INSURANCE CO. and COUNSELING
SERVICES OF EASTERN ARKANSAS                                      DEFENDANTS

JUDGMENT

The Court dismisses Hare's claims against Counseling Services without prejudice. The Court enters judgment against Hare and for Hartford on Hare's complaint.

So Ordered.

_____
D.P. Marshall Jr.
Untied States District Judge

27 Oct. 2010